UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

J.G., *et al.*,  Case No. 3:12-CV-386

    Plaintiffs,  Judge Timothy S. Black

-vs-

D.W., *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion Requesting Dismissal (Doc. 21) is **GRANTED**; and the case is **TERMINATED** from the docket of the Court.

Date: 9/4/2013  **JOHN P. HEHMAN, CLERK**

By: *s/ M. Rogers*
Deputy Clerk